# CASE ANNOUNCEMENTS

*August 27, 2010*

[Cite as *08/27/2010 Case Announcements*, 2010-Ohio-4023.]

## DISCIPLINARY CASES

**2009–1267. Cincinnati Bar Assn. v. Larson.**
It is ordered by the court, sua sponte, that respondent shall file his affidavit of compliance, as required by the court's order of December 30, 2009, on or before thirty days from the date of this order.

**2010–0345. Cleveland Metro. Bar Assn. v. Ranke.**
This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. On August 13, 2010, the board filed a motion to supplement the record. Upon consideration thereof,
It is ordered by the court that the motion is granted.

**2010–0805. Disciplinary Counsel v. Doellman.**
This cause is pending before the court upon the filing by the Board of Commissioners on Grievances and Discipline of a report. On August 12, 2010, respondent filed a motion to remove pages from respondent's answer. Upon consideration thereof,
It is ordered by this court that the motion is granted, and the Clerk's office shall remove from the file the last two pages of Appendix A attached to respondent's answer to relator's objections.

**2010–0851. Disciplinary Counsel v. Pullins.**
The matter is pending before the court upon the filing by the Board of Commissioners on Grievances and Discipline of its final report on May 12, 2010. On August 16, 2010, respondent filed a motion to supplement the record. Relator filed a memo in opposition to the motion. Upon consideration thereof,
It is ordered by the court that respondent's motion to supplement the record is denied.

**2010–1242. Cincinnati Bar Assn. v. Larson.**
This cause is before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline recommending that respondent, Robert K. Larson Jr., be indefinitely suspended.
On August 20, 2010, in case No. 2010–1424, *In re Larson*, this court accepted respondent's resignation from the practice of law with disciplinary action pending. Therefore,
It is ordered by the court that case No. 2010–1242 is dismissed.
It is further ordered that respondent be taxed the costs of these proceedings in the amount of $2,305.25, which costs shall be payable to this court by certified check or money order on or before 90 days from the date of this order. It is further ordered that if these costs are not paid in full on or before 90 days from the date of this order, interest at the rate of 10% per annum shall accrue as of 90 days from the date of this order, respondent may be found in contempt, and the matter may be referred to the Attorney General for collection.

## MISCELLANEOUS DISMISSALS

**2010–0353. State ex rel. Sears Roebuck & Co. v. Davy.**
Franklin App. No. 09AP–272, 2010-Ohio-87. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has